SCANNED
OCT 0 1 2025
U.S. DISTRICT COURT MPLS

RECEIVED
OCT 0 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

I. PARTIES TO COMPLAINT

A. Thomas Wayne Evenstad,
Plaintiff

Case No.

25-cv-3828-NEB/EMB

V

JURY TRIAL DEMANDED

B. Timothy James Walz, (Hennepin County Sheriff Dewanna)
Keith Maurice Ellison, (ALL Hennepin Deputies WITH
Ilhan Abdallahi OMAR @Turning Point 9/22/25
Brad Wise Sheriff Anoka Co. [U of M Public Safety
Deputies: HULINKA, Adams, [ALL OF Them present
Kreyer, Baranger (Cole Berenger) 9/22/25
Jerome Brooks, Vicky Brooks, BILL CLAHN TURNING
Lisa Ann Emery, Alex Plescelash, KEN MARTIN Point
MN GOP (Rower, Pascoe, etc) KEN MARTIN
Lisa DeMuth, Speaker MN House MPLS
Mark Johnson/Senator MN LEG Turned
Harry Niska, Elliot Engen, Away By FASCIST
WALTER HUDSON Paul Schnell WALZ' GESTAPO
Alpha News, Liz Collin, Jenna Gloeb, Ant Gocowski,
TOM BARNARD, Michelle TaFoya, Dustin Grage,
John Justice "Justice IN AM", Tom Barnard Podcast,
WCCO, Guy Still, KSTP, TOMMY HAUSER,
FOX9, Paul Blume, Eric Chaloux, AJ LAGOE,
Lou RACUSE, Britney Ermon, Reneé Cooper,
Chris Egert, Lindsay Brown, Bailey Hurley, Paul Folger,
Alex Jokich, ERIC RASMUSSEN, KIRSTEN SWANSON,
KaMaria Braye, Matt Belanger, Kevin Doran, Brett Hoffland,
Leah McClain, Meghan Newquist, Brandi Powell, Kelsey Christenson,
Hannah Conway, Ellen Galles, Callan Gray, JAY KOLLS, Richard
Reeve, RYAN RAICHE, ALL FOX9, WCCO, KARE11 Reporters,
Directors, Producers, etc. 100 John Does, 25 Jane Does, Anoka
County Court: AMBastL DEFENDANTS JUDGES - ALL Judges

II. Jurisdiction: 28 U.S.C. § 1331: FEDERAL QUESTION
1st Amendment Retaliation
Election Interference
Intentional Infliction of Extreme Mental Duress/HARM

III. STATEMENT OF CLAIMS

FRAMED, INNOCENT, CONVICTED RAPIST/STALKER Thomas EVENSTAD, PLAINTIFF, Announced August 14, 2025 on X Twitter that Plaintiff Evenstad (herein "EVENSTAD") his HISTORIC GUBERNATORIAL Campaign to go from the "Big House (Prison) to TAMPON TIM'Walz' House (MANSION). On Sept. 4, Defendants WALZ, Ellison, OMAR Conspired with Anoka County Sheriff Ofc Dep. HVLINKA and Evenstad's landlords Jerome & Vicky Brooks to: ILLEGALLY LOCK OUT Governor Candidate Evenstad from 3432 135th LN NW, Andover, MN. Walz/Ellison run MN's corruption that's called "Law Enforcement Leadership = Hennepin County Sheriff Dawanna Witt, Anoka County Sheriff Brad "Wise Guy" WISE, Bob "Hollywood" Fletcher, etc & WALZ — My Political opponent responsible for the Murdered Kids of ANNUNCIATION and responsible for charlie Kirk Assasination — has used his NAZI LIKE Gestapo Brad Wise' troops to illegally lock me out of my home at 3432 135th LN NW Andover, MN. WITHOUT ANY EVICTION No EVICTION — UNPRECEDENTED MN Housing History — WALZ BOUGHT, OWNED FAKE NEWS WON'T COVER!

WCCO Guy Still Defendant told me I'm not a "VIABLE" Candidate. Guy Still, Defendant B sued for Election Interference & I'm working to get family members of Walz, Ellison, Omar, media's victims of preventable Homicide to sue Guy Still & WCCO on behalf of the FAMILIES of Grok's estimated 20,000 innocent US citizens that have been victims of extremely predictable preventable murders by violent, Dangerous Repeat criminals much worse criminals like the MARY MORIARTY'S & JOHN CHOI'S of AMERICA RECYCLE US Lock up. Walz, Ellison & Omar have Conspired to violate my Constitutional Rights Via 1st Amendment Retaliation. I've publicly, LOUDLY CALLED @ President Donald Trump; @Stephen Miller, @ Pam Bondi; @ FBI etc. FOR WALZ, Ellison, OMAR to BE FEDERALLY INDICTED FOR A Variety of Crimes I allege they've committed VS EVENSTAD. Misdemeanor crime to illegally lock any tenant out in MN. WALZ, Ellison, Omar, BROOKS, Jerry Vick, Anoka Sheriff, Anoka Courts Judges GUILTY of CRIMES Since 9/4/25. FAKE News sued Refusal to tell Public I'm Running VS WALZ ELECTION INTERFERENCE WALZ, ELLISON, OMAR USED GESTAPO (WITH, HCSO, UMN "Public Safety" to illegally Ban EVENSTAD

From Turning Point USA Charlie Kirk Memorial on 9/22/25. Enenstad courageously confronted Antifa (Kyle Wagner - MN) while cowardly law enforcement watched passively utterly impotent & neutered under WALZ ELLISON OMAR. WITF'S COWARDS refused to physically remove the Bullhorn/MEGAPHONE FROM A PAID WALZ ELLISON OMAR Capt Ken Martin Agitator TRANS, WEARING AN ABORTION SHIRT & INCITING VIOLENCE EVERY FAKE NEWS WAS There: ALPHA, FOX9, KARE11, KSTP, WCCO, MPR. IN NONE OF THE PROTEST FOOTAGE AIRED AM I VISIBLE WHEN I WAS The 1 person man enough in MN to confront the EVIL Thats WALZ' ANTIFA ARMY & VIOLENT, MI Trans that WALZ GROOMS w/ Leigh Finke Brian Curran, etc., GONE DAY 1 as Governor by EO or by President Trump. Under My Administration, children

ARE OFF LIMITS TO Adults Seeking to HARM Them!!.. ALL

Lock Your ASS up!!!

Walz Knew Enenstad was going to Turning Point Walz Turned Enenstad away from Turning Point! Walz is a sick puppy, infected by SATAN HIMSELF.

Tom Haucer has me blocked on X.
TAFOYA Tweets she's interviewed "all"
the candidates & lists them by name.
AFTER SNUBBING EVENSTAD FOR LT
GOV via EMAIL & then lies to Evenstad
When called out "I didn't know
you were running" Evenstad's own
Party MN GOP refuses to even
return calls/emails for years
Evenstad announced GOVERNOR
Run in 2014 — LOCKED UP W/
FALSE charges — like 1998-99
FALSE Rape charges Richfield Police

Mankanka Police = Corruption

Scott Boerboom / Jay Henthorn

ALEX Plschash? AWOL

DAVID Pascoe? Treasurer
assaulted me videotaped = FAKE
NEWS = NOT INTERESTED

Gov. Candidate Brad Kohler threatened
to choke me out with bare hands
9/22 recorded — Media — NOPE —
WALZ — multiple recorded msgs
"WILL you denounce B/Afrca
Violence WALZ? Kohler threated to
Murder me Press Conference Joint "NO!!"

I've publicly said If Ellison hates America, GO BACK TO AFRICA Keith — Defend Abrego Garcia I'll Ofc Jerome Haaf's killers. Ellison is Antifa, Insafrectionics + scum that is a National Security threat along w/ WALZ & OMAR. These people groom kids to be killers + children to effect their Political objectives. They will do anything to materialize their every wish, including getting MN's/USA's kids murdered by these TRANS MONSTERS Like Annunciation's killer I hold Tim Walz personally responsible FOR. WALZ, Ellison, OMAR violent, inciting rhetoric contributed to, if not directly caused.

Annunciation Massacre

Charlie Kirk Assesination.

I've received numerous death threats Law Enforcement won't Investigate. I'm denied any Security Protection as I've not had a single donation due solely to FAKE NEWS/Election Interference.

In 49 other States, my historic, Biblical Joseph Campaign would be WALL to WALL coverage daily.

TRO US Anoka

IV Relief Sought : Sheriff/Courts Preventing Either From locking me out 3432 135th LN NW Andover mn

$50 million dollars in Compensatory Damages

$15 million Dollars Punitive Damages

ANY Other Relief Court Deans Appropriate - Immediate Allow ME TO GO HOME: TRO ACSO - WISE GUY Everstad Requests App OF Counsel for this Historic, Complex Litigation Everstads Defendants have Everstad under such extreme stress that Everstad cannot run for Governor hidby Fake News, Barred from its home & be his own attorney as Everstad is a Paralegal - not lawyer.

9/29/25

Thomas Evenstad
4648 Cedar Lake Rd, #6
Saint Louis Park, MN 55416
(763) 645-3403
tom.evenstad@gmail.com